UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | | |
|---|---|---|
| DONNITA ROBINSON, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | Civil No. 3:17-cv-00097-GFVT |
| v. | ) ) ) | **MEMORANDUM OPINION** |
| SHELBY COUNTY, KENTUCKY, *et al.*, | ) ) ) | **&** **ORDER** |
| Defendants. | ) ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

Upon the Court's own motion, the clerk is directed to **STRIKE** the order entered in this matter at Docket Entry 236. [R. 236.] Counsel shall disregard the Order as unnecessary in light of the Response at [R. 234] and the Court's subsequent Order at [R 235].

This the 15th day of September, 2022.

Gregory F. Van Tatenhove
United States District Judge